## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Christopher Lemke**, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00278-wmc |
| Plaintiff, | **Defendant's Motion to Dismiss First Amended Class Action Complaint** |
| v. | |
| **Kraft Heinz Foods Company**, | Hon. William M. Conley |
| Defendant. | |

Defendant Kraft Heinz Foods Company, through its attorney, respectfully moves to dismiss Plaintiff's First Amended Class Action Complaint for lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted under Rules 12(b)(1), 12(b)(2), and 12(b)(6), respectively. In support, Defendant submits a Memorandum of Law in Support of its Motion to Dismiss First Amended Class Action Complaint.

Dated: August 16, 2021                    Respectfully submitted,

By:   /s/ Ronald Y. Rothstein
      Ronald Y. Rothstein
      Sean H. Suber *(Pro Hac Vice Forthcoming)*
      **WINSTON & STRAWN LLP**
      35 W. Wacker Dr.
      Chicago, IL 60601
      Tel.: (312) 558-5600
      Fax: (312) 558-5700
      Email: rrothstein@winston.com

      *Counsel for Defendant*
      *Kraft Heinz Foods Company*