IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER LEMKE,

    Plaintiff,

v.

                                                                           Case No. 21-cv-278-wmc

KRAFT HEINZ FOOD COMPANY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kraft Heinz Food Company against plaintiff Christopher Lemke dismissing this case.

s/ K. Frederickson, Deputy Clerk            May 6, 2022
Joel Turner, Clerk of Court                       Date